IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PIERRE GOMEZ,** *Plaintiff,* v. **CITY OF PHILADELPHIA,** *et al.,* *Defendants.* | **CIVIL ACTION** No. **18-2097** |

## ORDER

**AND NOW**, this 28th day of August 2019, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 31), Plaintiff's Response (ECF No. 32), and Defendants' Reply (ECF No. 34), and in accordance with the accompanying memorandum, it is **HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 31) is **GRANTED in part and DENIED in part as follows**:

1. Defendants' Motion for Summary Judgment as to Plaintiff's *Monell* claim (Count II) is **GRANTED** and Count II is accordingly **DISMISSED**; and

2. Defendants' Motion for Summary Judgment as to the remaining Counts is **DENIED**.

BY THE COURT:

_____
CHAD F. KENNEY, J.